[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-12496
Non-Argument Calendar

_____

D.C. Docket No. 2:16-cr-00011-LGW-RSB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HOMER BERRYHILL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(February 1, 2018)

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Marvin Paul Hicks, III, appointed counsel for Homer Berryhill in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Berryhill's convictions and sentences are **AFFIRMED**. Accordingly, we **DENY** all remaining motions as moot.